UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

JEFFREY A. BRONSTER, ESQ. (JB/2620)
17 WENDELL PLACE
FAIRVIEW, NJ 07022
(201) 945-2566
Counsel for Defendant, Mehran Mehrnia

Order Filed on September 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-11244 (VFP)

Adv. No.: 15-01909 (VFP)

In Re:

   MEHRAN MEHRNIA, Debtor

Hearing Date: August 11, 2016

Judge: Hon. Vincent F. Papalia

CUSTOMERS BANK,

               Plaintiff(s)

v.

MEHRAN MEHRNIA,

               Defendant(s)

**ORDER MODIFYING SCHEDULE FOR PRE-TRIAL PROCEEDINGS** The relief set forth on the following page, numbered Page Two (2), is **ORDERED**.

**DATED: September 15, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Defendant having moved the Court for an order extending the existing discovery deadlines in this adversary proceeding, and the Court having duly considered all of the papers submitted and the arguments had thereupon, and for good cause shown, it is hereby ORDERED as follows:

1. All fact discovery is to be completed by December 11, 2016. Any motions to compel fact discovery are to be made so that the Court can rule and the discovery can be obtained before that date. Late filed discovery motions will not constitute cause for an adjournment of the scheduled trial date.

2. All expert discovery is to be completed by February 11, 2017. Any motions to compel expert discovery are to be made so that the Court can rule and the discovery can be obtained before that date. Late filed discovery motions will not constitute cause for an adjournment of the scheduled trial date.

3. All other motions must be filed not later than March 15, 2017, and returnable not later than 30 days thereafter. Late filed motions will not constitute cause for an adjournment of the trial date.

4. The trial will begin on ___June 7_____, 2017, at 10 a.m., or as soon as the matter may be heard.