Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Mehan Mehrnia
Debtor

Case No.: 14–11244–VFP
Chapter 7

Customers Bank
Plaintiff

v.

Mehan Mehrnia
Defendant

Adv. Proc. No. 15–01909–VFP            Judge: Vincent F. Papalia

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 16, 2016, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 46 – 39
Order Granting Motion re: to Amend Scheduling Order. (Related Doc # 39). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/15/2016. (mcp)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 16, 2016
JJW: mcp

James J. Waldron
Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
Customers Bank,
           Plaintiff                                  Adv. Proc. No. 15-01909-VFP

Mehrnia,
           Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Sep 16, 2016
                              Form ID: orderntc        Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.
```
pla            +Customers Bank,    c/o Saldutti Law Group,    Robert L Saldutti, Esquire,    800 N Kings Highway,
                 Suite 300,    Cherry Hill, NJ 08034-1511
pla            +Customers Bank f/k/a New Century Bank as successor,    c/o Saldutti Law Group,
                 Robert L. Saldutti, Esquire,    800 N Kings Highway,    Suite 300,    Cherry Hill, NJ 08034-1511
dft            +Mehan Mehrnia,    2 Pine Hill Road,    Demarest, NJ 07627-1309
md             +Patricia A. Staiano,    Hellring Lindeman Goldstein & Siegel,    One Gateway Center,
                 Newark, NJ 07102-5323
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:
```
              Anne S. Cantwell    on behalf of Plaintiff    Customers Bank ACantwell@shermansilverstein.com,
               acantwell@slgcollect.com
              Jeffrey A. Bronster    on behalf of Defendant Mehan  Mehrnia jbronster@bronsterlaw.com
              Patricia A. Staiano    on behalf of Mediator Patricia A. Staiano pstaiano@hlgslaw.com,
               pstaiano@hlgslaw.com
              Rebecca K. McDowell    on behalf of Plaintiff    Customers Bank f/k/a New Century Bank as successor
               in interest to USA Bank rmcdowell@slgcollect.com
              Robert L. Saldutti    on behalf of Plaintiff    Customers Bank rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;kcollins@slgcollect.com
              Robert L. Saldutti    on behalf of Plaintiff    Customers Bank f/k/a New Century Bank as successor
               in interest to USA Bank rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;kcollins@slgcollect.com
                                                                                             TOTAL: 6
```